**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sanford Martin RUCKER, Jr., a/k/a Santford Martin Rucker, Jr., Defendant–Appellant.**

No. 02–6238.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 26, 2002.

Sanford Martin Rucker, Jr., Appellant Pro Se. Angela Hewlett Miller, Office of The United States Attorney, Greensboro, North Carolina, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Sanford Martin Rucker, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Rucker,* Nos. CR–99–110; CA–01–557–1 (M.D.N.C. Dec. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*